**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                              4:14CR00188-10 JLH

RACHEL LEWIS

### ORDER

On October 15, 2014, the Court entered an Order Setting Conditions of Release. *Doc. 187*. Defendant, who resided in Atlanta, was placed on an OR bond in the third-party custody of her father, who resides in Little Rock.

On October 16, 2014, Defendant filed a Motion requesting permission to move back to Atlanta in the third-party custody of her sister. *Doc. 185*. On October 22, 2014, the Court entered an Order denying Defendant's Motion, because of her sister's prior criminal history. *Doc. 192*.

On October 28, 2014, Defendant filed a Second Motion to Modify Conditions of Release. *Doc. 199*. She requests permission to reside in the Atlanta area in the third-party custody of her brother, Mr. Eric Johnson. She also indicates that the Government has no objection.

The Pretrial Services Office has informed the Court that Mr. Johnson is an acceptable third-party custodian who does not have any prior criminal history. Under these circumstances, the Court will grant Defendant's Motion.

IT IS THEREFORE ORDERED that Defendant's Second Motion to Modify Conditions (*doc. 199*) is GRANTED. Mr. Eric Johnson, 3506 Creekview Drive, Union City, GA 30291, is APPOINTED as Defendant's third-party custodian. All other conditions set forth in the Court's October 15, 2014 Order Setting Conditions of Release shall remain in effect.

Dated this 4th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE